**Order filed, August 12, 2014.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-14-00375-CR

———————

**FRANK JAMES DISTEFANO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 338th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1402036**

## ORDER

The reporter's record in this case was due **June 30, 2014**. *See* Tex. R. App. P. 35.1. On **June 27, 2014**, this court granted **Patricia Palmer's** motion for extension of time to file the record until **July 30, 2014**. The court has not received a second request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Patricia Palmer**, the substitute court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM